FILED

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0546

_____

ZACHARY SCOTT BUCKLES, Deceased, by and
through his Personal Representative, NICOLE R.
BUCKLES, and NICOLE R. BUCKLES, Personal
Representative, on Behalf of the Heirs of
ZACHARY SCOTT BUCKLES,

      Plaintiffs and Appellees,

  v.

BH FLOWTEST, Inc., a Montana Corporation,          O R D E R
and BLACK ROCK TESTING, INC., a Montana
Corporation,

      Defendants and Appellants,

CONTINENTAL RESOURCES, INC., an
Oklahoma Corporation, JANSON PALMER, d/b/a
BLACK GOLD TESTING and DOES I-V,

      Defendants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Olivia C. Rieger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2020